Okay, you can you can rise virtually that's all right Good good morning and welcome to the ninth circuit for our sitting our virtual sitting in Seattle I'm not sure how many people are actually in Seattle. I know that the three judges are in Las Vegas in Fairbanks and in Berkeley The first of the two argued cases this morning is Schoenberg versus FBI and we've got set for 30 minutes per side When you're ready counsel Is Schoenberg 30 minutes per side? Oh, I'm sorry 30 minutes total. I'm misreading with 15 minutes per side I misspoke so when you're ready counsel for 15 minutes per side Your honor please the court. My name is Jody Newberry Rosen I'm representing the appellant Randy Schoenberg with regard He is the FOIA requester who is seeking the disclosure of the FBI supervisory Special agents name in this matter with regard to the search order. It's hard. Yeah Yes, your honor with regard to the search warrant related to Hillary Clinton that that was took place in October 2016 With the court's permission. I'd like to reserve five minutes for rebuttal Okay, keep your eye on the clock. Do you have a clock that you can see? I Can't see the clock. Yeah, so we'll try to help but keep your eye on the clock Thank you, your honor. I'd like to make two points today. The first is the appellant here met the standard to To conclude that a reasonable person would find that the supervisory special agent Might have engaged in misconduct and most likely did engage in misconduct in seeking this search warrant on the eve of a presidential election And the second point I will address is that public interest which is overwhelming here given this search warrant this pretextual search warrant that was sought and obtained in within days of the presidential election As an initial matter that's for the wrongdoing The evidence for the wrongdoing is set forth for the most part in the inspector general report Which is littered with statements from witnesses all of whom? Agree and concede that there was no Likelihood of evidence that was going to lead to a crime or prosecution in this case and virtually every every witness Statement in the inspector general report made that same comment They didn't believe there was evidence of a crime to be found on Anthony Weiner's laptops Is there any evidence of a crime or? Improper activity by the particular FBI agent whose identity you are seeking Well, we do know your honor that he agreed to he was asked by his supervisor Whether they should proceed with the search warrant and he agreed to it and he had an opportunity to object and in this case under fabish the appellant needs to show that there might have been impropriety and by based on the search warrant application itself And compared to the statements that are in the inspector general report It is clear that there was at least a possibility that there To us is clear. There was wrongdoing, but we clearly met the standard of there might have been impropriety My problem with that argument is in part that he was really low down on the ladder There were a lot of people above him who might be charged with wrongdoing if indeed there was wrongdoing Who wanted that search warrant? I look at him as not doing not much more than ministerial tasks at the direction of the supervisors if the inspector the inspector general report actually Supports a finding that he in fact was fairly high up in the chain of command now with respect to He was a supervising agent. Is that right? He was a supervisor and special agent the the uh, The quotes in the inspector general report state. He was known to be an experienced and aggressive agent He had four agents working under him just on this. He was can he was picked to be on this mid-year Excuse me this mid-year um investigative team um, which was investigating a presidential candidate in 2016 and then again in at the end of 2016 He had how many agents under him? He had it sounds like it's bigger than the fairbanks fbi office and smaller than the anchorage Fbi office, which is pretty small potatoes That was just on this team. He was one of the he was deemed one of the lead investigators on this mid-year team He was in he was intimately involved in the it sounds like your argument is It sounds like your argument is besides that He was thought Well of it and he supervised a few people that they really didn't expect to find anything on anthony weiner's laptop, but Don't search his properly go forward all the time where the police Of all kinds of police agencies are not very optimistic about finding anything, but there might be something Here there was no probable cause that there was no probable cause to believe that the information that the government was seeking which was As stated in the report and elsewhere The government was seeking not the classified emails that are set forth in the search warrant application what the government was seeking were the Emails from the first three months of hillary clinton's tenure at the state department director Comey called these the missing emails the golden emails But it's telling that those early emails were nowhere mentioned in the investigative in the search warrant application And the reason is is because they knew the government knew they didn't have probable cause to find those emails So it was a pretextual search warrant and the inspector general concluded that That the evidence that that there was going to be criminal activity or these early emails on there was very overestimated and here we have If you compare the search warrant application to the statement, i'm not getting the lack of probable cause. I mean we've got missing emails. We've got Somebody with a private laptop whose wife is hillary's right hand person um and they I don't get the absence of probable cause Let me explain your honor There was a mid-year investigation against hillary clinton regarding her emails it was considered a This was back. This was prior to the anthony weiner laptop discovery They those that was a considered a containment investigation a cleanup of a spill Basically, there was not there was not reason to believe in the end that there was Now it's back. I think could you say something again? Sure The early the first investigation. Can you hear me your honor? Yeah, now I can Okay, the first investigation the first investigation of hillary clinton related to um was considered a spill cleanup a containment and and that's and that that investigation ended in july And the director concluded that there was no evidence of a crime and during that investigation The team decided that they weren't going to go outside of hillary clinton's private server and seek Emails and devices from other from her aides or anyone else that had been decided early on in july when this situation came up in in september october of 2016 They still had the team still had no desire to go outside and look at other devices But they did and they decided to go after anthony weiner's laptop When every witness said they didn't think there was information on there related to those early emails Which the government had decided it was the only emails that would be pertinent even potentially pertinent to to Reveal a criminal. Yeah, if they had had reasonable cause to believe that the early emails were on the laptop Would that have been sufficient probable cause to justify the warrant in your view? If they had had um probable cause to believe those early emails were on there Yes Yeah, that would be a different situation That would be different So why didn't they have probable cause to believe that the emails from the entire period would have been on that laptop? The new york office agents, um had a search warrant for anthony weiner's laptop They were not allowed by that search warrant to look at the content of the emails And so they they were looking at the headers of the emails and the dates There was no way for them to reveal to the government that they had a basis to believe that there were emails on there between huma abedin and hillary clinton In the early months of clinton's um, ten hillary's clinton's tenure at the state department And there's no evidence to suggest Abedin worked for hillary clinton Excuse me How long had miss abedin worked for hillary clinton? She had worked for her during her tenure at the state department as secretary of state So why is there no probable cause to believe that early emails wouldn't have been on that laptop well, but there but for probable cause that you must have evidence that a reason to believe that there would be and there wasn't there was There was no reason to believe that those emails would be on there and they there was Was the reason to believe that there would be some emails on there?  But there was no reason to believe that those emails would have been any different than the emails that the mid-year investigative team Spent the year reviewing There was no reason to believe there'd be anything different found on that computer And if we look They would there would have been emails possibly containing classified material But there was no reason to believe that there would be any emails other than what the investigators already had. Is that your view? That is that is one point Yes, but there's no reason to believe there'd be emails other than what they already had looked at And there's no reason to believe that there would have been emails from the early period of time That didn't exist on the clinton server that they previously looked at So that's my that's my question. Do you want to come back to that? Why? Why wouldn't there be some reason to believe that the early emails would be there because this is an email? laptop that contained the email communications between secretary clinton and miss abedin Throughout the entire period well, they don't know they don't know that that That anthony wiener's laptop contained all of those emails. They know that there were there were a lot of emails on there They don't know they didn't get a number of how many emails would have been between huma abedin and hillary clinton And there was no reason to believe that of course we don't need we don't need certainty for that for for Probable cause we all we need of course is the rate of probable cause that even if there were not probable cause and we you know, we We look at warrants all the time and most of the time there's probable cause and sometimes there's not But i'm not sure you get over the hump of wrongdoing by the individual's fbi officer whose identity you are seeking well in this in this case your honor if this the agents themselves And the witnesses in the investigative report Unanimously stated that they didn't believe they were going to find anything different on this computer and they didn't and they did they didn't believe they were going to find evidence of a crime and they And that that that is quite telling as far as the probable cause and in this case We don't we have we have to show that it is that this investigative I don't really I don't really see the point of that argument. I mean, it's like somebody telling you Oh, it's not worth going fishing in that lake there. You won't catch any fish Well, they're pessimistic and maybe they have reason to be But it sure is a real possibility and a reasonable person would think that it was pretty possible And that's all you need for a search warrant Respectively it is it was a fishing expedition. I think you kind of hit it there that it was a fishing expedition And they didn't have they didn't have search warrants You typically are all you need is probable cause and the reason for it doesn't have to amount to very much and and um You look an enormous number of computers and hard drives Are seized every day? just on that basis if I can touch on the The before I run out of my time I wanted to touch on the public interest here and and also Focusing on the fabish case which which your honors, um leads relates to what you're referring to in the fabish case So you only have to show as a four-year requester that this person might have been engaged in this in official misconduct And here this supervisory special agent had the opportunity to object to this warrant peter struck Came to his lead the lead agent who was this agent supervisor came to his team and to this agent and said am I off base here? He wanted to know if he had enough should they seek the search warrant. That was the opportunity for this agent to object or seek more information Yes, your honor. Is it your argument that failure to object equated to misconduct? Well failure to object and then to proceed to sign a search warrant affidavit an application When there wasn't probable cause Would be the misconduct It was a sure position that anytime there's not probable cause The person who signs the affidavit engages is engages in misconduct, is that your argument? No, your honor, but where it's where it's evident when there's overwhelming evidence that there isn't probable cause and there isn't a reason to believe That the information you're seeking is going to lead to a the evidence of a crime They didn't seek these early emails. They never put in the affidavit or the application They were seeking these first three months of emails. Why didn't they why didn't they why didn't this agent? Tell the court that that's what he was seeking on behalf of the government That was hidden that was that was misleading to the court to say they were only looking at wanted to look at the classified emails That's not what the government Counselor is there any evidence in the record? That if this particular agent had objected you are the only participant Oh, I think we lost judge fletcher There he is, is there any I was asking I'm back now. Okay. Okay. I was asking if there is any evidence in the record that if this Particular agent had objected that the outcome would have been different regarding the search warrant proceedings That would be a question. We would want to ask this agent We don't know and we don't know the name of this agent he hasn't he hasn't had an opportunity the public hasn't had an opportunity to To engage and find out all of the information regarding this Search warrant that was a paramount paramount significance on the eve of the election but don't our cases say That it's not sufficient justification to want to question The person whose identity is being sought that's not a sufficient justification To get the name of the person well in this in this case when when the evidence shows that a reasonable person could believe that There might have been misconduct by the government official In fact, that's when you look at the public interest and then if the public interest outweighs the personal privacy interest Which we would suggest it does here then the section 7c the privacy is Disclosure is warranted and that's what fabish holds and here this government This government agent, that's what fabish holds. I thought it held the pretty close to the opposite no, fabish there's a very strong interest in the In in the object of the foyer requests and name being kept secret So we won't be bothered by reporters and other people asking them questions And it doesn't might not sound right to all of us. But that's what that's the supreme court talking Well in fabish in the supreme court set forth a standard and to say that the section 7c Privacy statement is not all encompassing and it's limited and the way it's limited is when a foyer requester is able to show that the agent at issue Might have engaged in official misconduct and that we believe we have showed if this if this agent knew or should have known That there was there was no basis for this search warrant to find the early emails Then that then that that would lead to misconduct and in this case, I guess we're just talking about what is holding and the holding is That there wasn't a good enough justification to get the name In that case in the discussion of the holding they say but maybe in another case there would be And you're saying the but maybe statement is the holding Well, this is the case we believe fabish is talking about where a government where a government employee Engages in significant wrongdoing and seeking a pretextual search warrant in a in a matter of paramount interest to the government They say they say it requires a meaningful evidentiary showing to overcome the presumption of regularity at pages 174 and 175 Yes, and we believe that having trouble with seeing a meaningful evidentiary showing By your side of the case as opposed to speculation I I believe a review of the inspector general report will show you particularly around pages 280 286 of the excerpts of record that there is Many statements by witnesses that they did not believe they were going to find evidence of a crime in fact that doesn't amount to a meaning to What the supreme court called meaningful Evidence, it's their speculation There won't be evidence of a crime and other people might think there would be Respectfully these are the people that were on the team the investigative team that were deciding whether to pursue a search warrant And these were these people these agents made the statements to the inspector general that they didn't believe there was it was going to lead To evidence of a crime. In fact, the fbi attorney lisa page. She was texting shortly before this search warrant was so you're saying that if That any fbi agent who asked for a search warrant is a wrongdoer if Other people in the office are saying nothing to see here No, what i'm saying is if the entire team and particularly if the agent and the one who's submitting the affidavit and the application Does not believe there's probable cause and there's there's no evidence to show there's a reason To believe you're going to find the information that you're seeking and it's not even in the search warrant the information you're seeking Then I believe yes that that agent should be held accountable And that's a ramification of the misconduct is the disclosure of that agent's name And what think what what foia is intended to do and fabish talks about this foia is pro-disclosure And it's a check on the government. It allows a citizen to know what the government is up to the citizens to know and It it allows it requires that the those that govern are accountable to the governed Okay, now that we're now getting perilously close to the 30 minutes that I initially said was your argument We've taken you well over We'll hear from the government, but we will give you a chance to respond. Thank you. Your honor Government attorney Yes We have the government attorney on the line I'm, sorry, your honor. I am here. Can you hear me now? Yes. Yes, we can. Yeah, and were you able to hear the argument of your adversary? I was your honor. Yes. Okay Good morning, and may it please the court. My name is joseph busa I'm here on behalf of the fbi as appellee now the key ground on which this appeal can be resolved Is the recognition that merely knowing the name of this lower level fbi agent would not add the public's understanding of the basis on which this warrant was sought Or the decision to seek it and for that reason we urge this court to affirm I I don't have an interest in repeating the arguments we had in our brief And it sounds like this court has the case well in hand from the earlier colloquies I am however happy to address any questions your honors might have Well, it seems to me that you slightly overstated the matter if this were civil discovery under rule 26 There'd be no question, but what this would be discoverable information In the sense of potentially relevant to the case It may or may not produce information that the other side is hoping So i'm not sure quite is quite as irrelevant as you seem to think it is Um, but there's a slightly different standard in foyer Well, there is a different standard in foyer your honor And I think the key issue here is to recognize If the plaintiff wants to criticize the basis on which the warrant was sought the government has already released the entire content of The warrant application and the affidavit if the plaintiff wants to criticize the decision to seek that warrant And the decision to seek it on the basis I think this is beside the point what you're saying now what they want is the name As you say they've already got the words. They want the name and the way a name would be useful I think judge fletcher's point about discovery in an ordinary civil suit is Really critical what they want the name for the first thing they do probably is google it And find out if that individual Was somebody who ought to be trusted if it were an extreme partisan If the individual would express nutball views on facebook or something And then they'd want to depose the individual that's the way an ordinary civil suit would go um, frankly Before the supreme court ruled in fabish I might have expected foyer to go the same way, but they did rule in fabish and um So now we're supposed to do this balancing of the public interest in the name, which is basically finding out if the guy is The sort of person who would do something bad and if the fbi did something bad and balance that against the interest in at that individual being hounded by reporters and lawyers and Neighbors and whoever that the supreme court sent him fabish. He should be protected from so just speak to that order I'd be happy to your honor. I think this court's precedence in lar and forest service Helped expound on the principles established in fabish and they explained that in a situation like this where you have a lower level frontline supervisor You know somebody whose day-to-day activities are just going out and doing the job of the fbi That in order to violate that person's privacy and spread that person's name all over the internet and subject them to the kind of harassment We all know would be coming The requester has to come forward with a meaningful evidentiary show That why isn't that why isn't it enough that why isn't it enough that the inspector general's report? um says You won't find anything there and then they didn't expect to find anything there Oh your honor, I believe that's just conflating a discretionary charging decision with the underlying requirement of probable cause So there are statements in the inspector general's report uh to the effect that look in july 2016 when the government declined to prosecute people thought there were reasons good reasons to decline to prosecute But of course whether or not there's probable cause to search is unrelated to the government's discretionary Charging decisions and here it is undisputed that there was probable cause to search all of the emails between secretary clinton and ms avidin on that laptop for classified information and that that That authorization for all of those emails will of course include early period emails. There is no Requirement to specify a particular investigative interest In a warrant application nor is there a requirement to specify how what information might be found could Affect a discretionary charging decision. That's simply not part of the warrant requirement What we have here is a lower level fbi agent who signed an affidavit as a fact witness Attesting to the truth of everything in the application Nothing plaintiff does not allege that anything in the application was untruthful If plaintiff wants to criticize the decision to seek this warrant plaintiff knows where to go That decision was made by the then director of the fbi If plaintiff wants to criticize the government's decision to seek the warrant on the basis on which it was sought plaintiff Also knows where to go inspector general's report says That the that decision was made among a team of lawyers from the doj and the fbi Including the then general counsel of the fbi and the lead agent but not the agent at issue Here the inspector general's report does not describe him taking Any role in the drafting of a warrant or the decision on the basis on which it would be sought so for that reason we say Releasing a person's name would not contribute to the public understanding of what went on here. All it would do would allow This plaintiff and others to contact the person and subject him to the very harassment That lar and forest service say exemption 7c is designed to protect against The entire point of exemption 7c in this context is to ensure That fbi agents lower level frontline people when they're assigned To a very controversial matter. We need to give them the confidence that if they do their job They will not be automatically subject to the kind of public harassment That would come if this person's name were to be publicly released Okay, if there are no further questions I'm, sorry, your honor and I'll just say I was just asking if there are further questions from the bench No I I think not. Thank you very much And thank you. We'll now be a rebuttal you'd uh, you'd ask for five minutes Why don't we put three minutes on the clock and see what happens? Thank you, your honors um Three points i'd like to make number one. This was not a low level agent as described just now your honors This was a lead field agent in a high profile case. He was leading. He was leading this group Particularly on I've looked at the organization chart. He's pretty far down and he supervises four people Well that organization chart is only with regard to this investigative team. That's not the org chart for the fbi He's much higher on the organization chart of the fbi That's just for this team. But in any event, he he he had a significant role in this and he wasn't he wasn't um A clerical worker he was a lead field agent on this case And he was he was integrally involved in then the decisions that were made the lead agent came to him Asking if if they should proceed with um the search warrant And on another the second point I want to make is huma abedin voluntarily Produced all of her emails with hillary clinton during the first investigation So there was even less reason to believe there was going to be anything that the government hadn't seen on this on this on this laptop Well, wait a minute Somebody says and this this is not a charge against or an accusation against mr Abedin, this is a sort of generic statement. Somebody says i've given you everything A government agent who believes that Doesn't belong doesn't belong in the fbi. Uh, that is to say i'd like to check to see whether you've given me everything Well, and and the point your honor in the first investigation This invest this same investigative team decided that that was sufficient They did not ask they didn't seek any additional devices or emails from huma abedin in any formal way They agreed to the voluntary production of the devices and emails on that point And and with regard to the law and the forest service cases those cases didn't involve Accusations of mission, uh official misconduct as we have here in the Conduct alleged in both of them particularly in the in the forest service case. We had two people who died Yeah, as a result of allegedly improper behavior True, but in the forest services case the 22 employees that were at issue as far as seeking information personal information regarding those employees They were not accused of official wrongdoing In fact, six of those employees were disciplined, but the court noted they were not disciplined for official misconduct So that issue really wasn't that that wasn't an issue in that case and in the lair case Those fbi agents they were low. They were um, sorry the fbi agents again There was no indication that they were alleged to have engaged in misconduct And in fact the the foia requester in that case was seeking Information about other agents and trying to get it from those agents. They're very different cases Now you were you were unsuccessful in persuading the district judge. Do we review the district judge's order de novo in this case? Did I review the excuse me, I couldn't hear the last part The district judge did against you do we review the district judge's order de novo We do and I can explain why your honor I think that's right. I don't need the explanation. Okay apply the erroneous standard And okay anything further one last one last sentence to wrap up Um one last sentence to wrap up I think the first look at the inspector general report shows that there Was absolutely no reason to believe that there was going to be any emails on this laptop Other than the ones the government had already seen the government made a decision not to pursue it further the supervisory agent has to take responsibility for supplying and signing this affidavit and search warrant And the government the public is entitled to know everything that happened with regard to this Pretextual search warrant that led to no evidence of a crime on the eve of a presidential election for a presidential candidate Okay, thank you very much that was a long sentence joined independent court was joined by senator Thank you, your honor, so I appreciate your time arguments the case of schoenberg versus FBI now submitted
judges: Kleinfeld, W. Fletcher, Rawlinson